NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TRANSGENDER AMERICAN VETERANS ASSOCIATION,**

*Petitioner*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**

*Respondent*

---

2024-1714

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

January 14, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 14, 2025